Michelle L. Roberts – State Bar No. 239092
 E-mail: mroberts@kantorlaw.net
Zoya Yarnykh – State Bar No. 258062
 E-mail: zyarnykh@kantorlaw.net
KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

Glenn R. Kantor – State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
CRAIG DORSEY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG DORSEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO.: 8:20−cv−00572 JFW (DFMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

### ORDER

The Court hereby dismisses this action with prejudice.  Each party shall bear its own attorneys' fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  November 3, 2020

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE